**Integrity Attorney Services**
**P.O. Box 33123**
**Phoenix, Arizona 85067-3123**

| IAS#: | 114441-ds |
|---|---|
| Atty#: 27740 | |

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| CINDY LAROCQUE,<br>Plaintiff(s),<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, et al,<br>Defendant(s). | Case No: CV-23-8549-PCT-ESW<br><br>AFFIDAVIT OF<br>SERVICE OF PROCESS |

RYAN SOTELO, being duly sworn, states: That I am qualified to serve process in this cause, having been so appointed by the court in Maricopa County, Arizona. I received the following documents in this action:

SUMMONS; COMPLAINT; CIVIL COVERSHEET; CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE;

From RONSTADT LAW, Erin Ronstadt, SBN 028362 on 9/13/2023, and in each instance I, personally, served a copy of each document listed above on those named below at the time and place shown, that all services, except where noted, were made within Maricopa County, Arizona.

Upon THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, by service upon the Department of Insurance and Financial Institutions in the State of Arizona, at 100 N. 15th Ave., Ste. 261, Phoenix, Arizona 85007, on 9/13/2023 at 3:15 PM, by leaving two sets of the above listed documents and $15.00 with Desiree Vega, Accounting Specialist.

/s Ryan Sotelo, MC-8550
Affiant authorized under A.R.C.P. 4 to serve legal papers in the above matter

SUBSCRIBED AND SWORN to me this 14th day of September, 2023.

Notary public: Timothy McAdams
My commission expires: September 19, 2025

TIMOTHY M. MCADAMS
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMMISSION # 611992
MY COMMISSION EXPIRES
SEPTEMBER 19, 2025

| | |
|---|---|
| $75.00 | Fee for Service - RS |
| $5.00 | Fuel Surcharge |
| $ 80.00 | Total |