Erin Rose Ronstadt, SBN 028362
Kyle Shelton, SBN 027379
RONSTADT LAW, PLLC
PO Box 34145
Phoenix, AZ 85067
(602) 615-0050
(602) 761-4443 Fax
erin@ronstadtlaw.com
kyle@ronstadtlaw.com
*Attorneys for Plaintiff*

**RONSTADT LAW, PLLC**
P.O. Box 34145, Phoenix, AZ 85067
6122 N. 7th Street, Suite B, Phoenix, AZ 85014
(602) 615-0050

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Cindy Larocque,

Plaintiff,

v.

The Lincoln National Life Insurance Company, insurer, plan fiduciary and the plan administrator; and Curo Health Services Welfare Benefits Plan, an ERISA benefit plan,

Defendants.

No. CV-23-8549-PCT-ESW

**DECLARATION OF SERVICE ON DEFENDANT CURO HEALTH SERVICES WELFARE BENEFITS PLAN BY CERTIFIED MAIL**

I, Erin Rose Ronstadt, am familiar with the facts stated in this Declaration, and pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, I declare that I have served the Complaint (Doc. 1), Civil Cover Sheet (Doc. 1-1), Consent to Exercise of Jurisdiction by a United States Magistrate Judge (Doc. 3), and Summons (Doc. 4) on Defendant Curo Health Services Welfare Benefits Plan ("Curo") by certified mail, postage prepaid, and return receipt requested. Curo was individually served at: c/o Curo Health Services, 491 Williamson Road, Suite 204, Mooresville, NC 28117

I know that Curo is located outside of the State of Arizona. Curo received the Complaint and other documents on September 18, 2023. A copy of the certified mail receipt and U.S. Post Office delivery confirmation is attached herein.

RONSTADT LAW, PLLC
P.O. Box 34145, Phoenix, AZ 85067
6122 N. 7th Street, Suite B, Phoenix, AZ 85014
(602) 615-0050

Dated September 19, 2023.

RONSTADT LAW, PLLC

By: *s/ Erin Rose Ronstadt*
Erin Rose Ronstadt
Kyle Shelton
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on September 19, 2023 I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants and mailed a copy this same date to non-registrants:

Curo Health Services Welfare Benefits Plan
c/o Curo Health Services
491 Williamson Road, Suite 204
Mooresville, NC 28117
*Defendant*

*s/ Merry Martin*