# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70172680000089484855

**Copy** **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item was delivered to an individual at the address at 4:33 pm on September 18, 2023 in MOORESVILLE, NC 28117.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Left with Individual**

MOORESVILLE, NC 28117
September 18, 2023, 4:33 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

### Text & Email Updates

### USPS Tracking Plus®

### Product Information

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**