UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cindy Larocque,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company and Curo Health Services Welfare Benefits Plan,<br><br>Defendants. | Case No.: 3:23-CV-08549-GMS<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' Stipulation for Dismissal of Defendant Curo Health Services Welfare Benefits Plan Without Prejudice and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Curo Health Services Welfare Benefits Plan be and hereby is dismissed without prejudice in this action, and that Plaintiff shall bear her own costs and attorneys' fees with regard to such claims.

DATED this ___ day of ___________ 2023.