**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Cindy Larocque,

Plaintiff,

v.

Lincoln National Life Insurance Company, et al.,

Defendants.

No. CV-23-08549-PCT-GMS

**ORDER**

Before the Court is Plaintiff and Defendant The Lincoln National Life Insurance Company's Joint Stipulation for Dismissal of Defendant Curo Health Services Welfare Benefits Plan Without Prejudice (Doc. 11).

**IT IS ORDERED** granting the parties' Stipulation (Doc. 11).

**IT IS FURTHER ORDERED** that Defendant Curo Health Services Welfare Benefits Plan is dismissed without prejudice in this action and that Plaintiff shall bear her own costs and attorneys' fees with regard to such claims.

Dated this 2nd day of October, 2023.

G. Murray Snow
Chief United States District Judge