**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Cindy Larocque,

Plaintiff,

v.

Lincoln National Life Insurance Company, et al.,

Defendants.

No. CV-23-08549-PCT-GMS

**ORDER**

The Court has been advised that this case has settled (Doc. 21).

**IT IS ORDERED** that this matter will, without further Order of this Court be dismissed with prejudice within 30 days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter on **March 28, 2024** without further leave of Court.

Dated this 26th day of February, 2024.

G. Murray Snow
Chief United States District Judge