**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Cindy Larocque,<br><br>Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company, et al.,<br><br>Defendants. | No. CV-23-08549-PCT-GMS<br><br>**ORDER** |

Before the Court is the parties' Stipulation of Dismissal With Prejudice (Doc. 23).

**IT IS ORDERED** granting the parties' Stipulation (Doc. 23).

**IT IS FURTHER ORDERED** this matter is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 12th day of March, 2024.

G. Murray Snow
Chief United States District Judge